UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:23-CV-02512-DOC-DTBx                                Date:  December 18, 2023

Title: THE ESTATE OF NASSIR BLACK V. GIANT INLAND EMPIRE RV CENTER INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

On December 8, 2023, Plaintiff, The Estate of Nassir Black, filed a tort complaint ("Complaint") (Dkt. 1). Plaintiff, an estate, is not represented by counsel.

The Central District's Local Rules provide that "[o]nly individuals may represent themselves *pro se*. No organization or entity of any other kind (including….trusts) may appear in any action or proceeding unless represented by an attorney[.]" L.R. 83-2.2.2; *see also C.E. Pope Equity Trust v. United States*, 818 F.2d 696, 697 (9th Cir. 1987).

Here, Plaintiff is an estate, which must be represented by legal counsel in this Court. Plaintiff may not represent itself.

Plaintiff is hereby **ORDERED TO SHOW CAUSE** why this case should not be dismissed for appearing improperly without legal counsel. Plaintiff must file a written response on or before **January 8, 2024**. Plaintiff may respond to this Order to Show Cause by filing a notice of appearance of counsel. **Failure to respond will result in this case being dismissed with prejudice.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 5:23-CV-02512-DOC-DTBx                                Date: December 18, 2023

Page 2

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                                Initials of Deputy Clerk: kdu

CIVIL-GEN